NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE CARL WAYNE STEWART,**
*Petitioner.*

---

Miscellaneous Docket No. 997

---

On Petition for Writ of Mandamus to the United States Court of Appeals for Veterans Claims in case no. 10-CV-3079.

---

**ON PETITION**

---

Before LOURIE, MOORE, and REYNA, *Circuit Judges.*

PER CURIAM.

## ORDER

Carl Wayne Stewart moves for reconsideration of the court's September 2, 2011 order dismissing his petition for writ of mandamus.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

<u>JAN 1 2 2012</u>
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Carl Wayne Stewart
      Corinne A. Niosi, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JAN 1 2 2012

**JAN HORBALY**
**CLERK**